IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA, N.V., JANSSEN SCIENCES IRELAND UC, GILEAD SCIENCES, INC., and GILEAD SCIENCES IRELAND UC<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.<br><br>Defendants. | C.A. No. 15-760-SLR-SRF |

**MYLAN'S MOTION TO DISMISS, STRIKE, OR SEVER PLAINTIFFS' COUNTERCLAIMS FILED IN REPLY TO MYLAN'S COUNTERCLAIMS**

Defendants Mylan Pharmaceuticals Inc. ("Mylan Pharmaceuticals") and Mylan Inc. (collectively "Mylan") hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), 12(f), and 21, to dismiss, strike, or sever the counterclaims Plaintiffs Janssen Pharmaceutica, N.V., Janssen Sciences Ireland UC, Gilead Sciences, Inc., and Gilead Sciences Ireland UC (collectively, "Plaintiffs") filed *in reply* to Mylan's counterclaims. The grounds for this Motion are set forth in the Opening Brief being filed contemporaneously herewith.

01:18547552.1

Dated: April 15, 2016

OF COUNSEL:

James H. Wallace, Jr.
Mark A. Pacella
Wesley E. Weeks
WILEY REIN LLP
1776 K Street N.W.
Washington DC 20006
(202) 719-7000 *telephone*
(202) 719-7049 *facsimile*
jwallaceJr@wileyrein.com
mpacella@wileyrein.com
wweeks@wileyrein.com

Respectfully submitted,

YOUNG CONAWAY STARGATT
& TAYLOR, LLP


/s/ *James M. Lennon*
James M. Lennon (No. 4570)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
jlennon@ycst.com
pkraman@ycst.com

*Attorneys for Defendants*
*Mylan Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I, James M. Lennon, hereby certify that on April 15, 2016, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Tiffany Geyer Lydon, Esquire
> Andrew C. Mayo, Esquire
> Ashby & Geddes, PA
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899
> *sbalick@ashby-geddes.com*
> *tlydon@ashby-geddes.com*
> *amayo@ashby-geddes.com*
>
> *Attorneys for Janssen Pharmaceutica, N.V. and Janssen Sciences Ireland UC*
>
> Brian E. Farnan, Esquire
> Michael J. Farnan, Esquire
> Farnan LLP
> 919 North Market Street, 12th Floor
> Wilmington, DE 19801
> *bfarnan@farnanlaw.com*
> *mfarnan@farnanlaw.com*
>
> *Attorneys for Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

I further certify that on April 15, 2016, I caused a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

01:17649291.1

       Gregory L. Diskant, Esquire
       Irena Royzman, Esquire
       Ryan M. Mott, Esquire
       Lachlan Campbell-Verduyn, Esquire
       Jordan M. Engelhardt, Esquire
       Patterson Belknap Webb & Tyler LLP
       1133 Avenue of the Americas
       New York, NY  10036
       *gldiskant@pbwt.com*
       *iroyzman@pbwt.com*
       *rmott@pbwt.com*
       *lcampbellverduyn@pbwt.com*
       *jengelhardt@pbwt.com*

       *Attorneys for Janssen Pharmaceutica, N.V. and*
       *Janssen Sciences Ireland UC*

       Colleen Tracy James, Esquire
       Manuel J. Velez, Esquire
       Scott A. McMurry, Esquire
       Mayer Brown LLP
       1221 Avenue of the Americas
       New York, NY 10020-1001
       *CTracyJames@mayerbrown.com*
       *MVelez@mayerbrown.com*
       *SMcMurry@mayerbrown.com*

       *Attorneys for Gilead Sciences, Inc. and*
       *Gilead Sciences Ireland UC*

                     YOUNG CONAWAY STARGATT
                       & TAYLOR, LLP

                     */s/ James M. Lennon*
                     James M. Lennon (No. 4570)
                     Rodney Square
                     1000 N. King Street
                     Wilmington, DE 19801
                     (302) 571-6600
                     *jlennon@ycst.com*


                     *Attorneys for Defendants*