IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA, N.V., JANSSEN SCIENCES IRELAND UC, GILEAD SCIENCES, INC., and GILEAD SCIENCES IRELAND UC<br><br>            Plaintiffs,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS, INC. and MYLAN, INC.<br><br>            Defendants. | C. A. No. 15-760 -RGA-SRF |

**AMENDED CORPORATE DISCLOSURE STATEMENT OF
MYLAN PHARMACEUTICALS INC. AND MYLAN INC.'S
<u>PURSUANT TO FED. R. CIV. P. 7.1</u>**

      Pursuant to Fed. R. Civ. P. 7.1, Defendants Mylan Pharmaceuticals Inc. and Mylan Inc. state as follows:

      1.      Mylan Inc. is indirectly wholly owned by Mylan N.V.; no publicly held company owns 10% or more of Mylan N.V.'s stock.

      2.      Mylan Pharmaceuticals Inc.'s stock is wholly owned by Mylan Inc. which is indirectly wholly owned by Mylan N.V.; no publicly held company owns 10% or more of Mylan N.V.'s stock.

-2-

| | |
|---|---|
| Dated: June 12, 2017 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel* | /s/ *James M. Lennon* <br> James M. Lennon (No. 4570) <br> Pilar G. Kraman (No. 5199) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> jlennon@ycst.com <br> msquire@ycst.com |
| James H. Wallace, Jr. <br> Mark A. Pacella <br> Wesley E. Weeks <br> WILEY REIN LLP <br> 1776 K Street N.W. <br> Washington DC 20006 <br> jwallace@wileyrein.com <br> mpacella@wileyrein.com <br> wweeks@wileyrein.com | |
| | *Attorneys for Defendants* |

Case 1:15-cv-00760-RGA-SRF   Document 235   Filed 06/12/17   Page 3 of 4 PageID #: 5964

## CERTIFICATE OF SERVICE

I, James M. Lennon, hereby certify that on June 12, 2017, I caused to be electronically filed a copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Steven J. Balick, Esquire
> Tiffany Geyer Lydon, Esquire
> Andrew C. Mayo, Esquire
> Ashby & Geddes, PA
> 500 Delaware Avenue
> P.O. Box 1150
> Wilmington, DE 19899
> *sbalick@ashby-geddes.com*
> *tlydon@ashby-geddes.com*
> *amayo@ashby-geddes.com*
>
> *Attorneys for Janssen Pharmaceutica, N.V. and Janssen Sciences Ireland UC*
>
> Brian E. Farnan, Esquire
> Michael J. Farnan, Esquire
> Farnan LLP
> 919 North Market Street, 12th Floor
> Wilmington, DE 19801
> *bfarnan@farnanlaw.com*
> *mfarnan@farnanlaw.com*
>
> *Attorneys for Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

I further certify that on June 12, 2017, a copy of the foregoing document to be served by e-mail on the above-listed counsel and on the following:

Gregory L. Diskant, Esquire
Irena Royzman, Esquire
Ryan M. Mott, Esquire
Lachlan Campbell-Verduyn, Esquire
Jordan M. Engelhardt, Esquire
Jacob F. Siegel, Esquire
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY  10036
*gldiskant@pbwt.com*
*iroyzman@pbwt.com*
*rmott@pbwt.com*
*lcampbellverduyn@pbwt.com*
*jengelhardt@pbwt.com*
*jfsiegel@pbwt.com*

*Attorneys for Janssen Pharmaceutica, N.V. and Janssen Sciences Ireland UC*

Colleen Tracy James, Esquire
Manuel J. Velez, Esquire
Scott A. McMurry, Esquire
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
*CTracyJames@mayerbrown.com*
*MVelez@mayerbrown.com*
*SMcMurry@mayerbrown.com*

*Attorneys for Gilead Sciences, Inc. and Gilead Sciences Ireland UC*

YOUNG CONAWAY STARGATT
   & TAYLOR, LLP

 */s/ James M. Lennon*
James M. Lennon (No. 4570)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 N. King Street
Wilmington, DE 19801
(302) 571-6600
*jlennon@ycst.com*
*pkraman@ycst.com*

*Attorneys for Defendants*

2