**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JANSSEN PHARMACEUTICA, N.V., JANSSEN SCIENCES IRELAND UC, GILEAD SCIENCES, INC., and GILEAD SCIENCES IRELAND UC<br><br>           Plaintiffs,<br><br>      v.<br><br>MYLAN PHARMACEUTICALS, INC. and MYLAN, INC.<br><br>           Defendant. | C.A. No. 15-760 -RGA-SRF |

## NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE of the change of firm affiliation and address for the below-listed counsel for Defendants Mylan Pharmaceuticals Inc. and Mylan, Inc. in this action:

James M. Lennon, Esq.
Devlin Law Firm LLC
1306 N. Broom St., Suite 1
Wilmington, DE 19806
Phone:  (302) 449-7676
Email: jlennon@devlinlawfirm.com
          mylan@devlinlawfirm.com

Young Conaway Stargatt & Taylor, LLP no longer represents Defendants Mylan Pharmaceuticals, Inc. and Mylan, Inc. in the above-captioned case.

Dated:  September 12, 2017                    DEVLIN LAW FIRM LLC

                                             */s/ James M. Lennon*
                                             James M. Lennon (No. 4570)
                                             Devlin Law Firm LLC
                                             1306 N. Broom St., Suite 1
                                             Wilmington, DE 19806
                                             Phone: (302) 449-7676
                                             jlennon@devlinlawfirm.com
                                             mylan@devlinlawfirm.com

                                             *Attorney for Defendants Mylan Pharmaceuticals Inc.
                                             and Mylan, Inc.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have

consented to electronic service are being served with a copy of this document via the Court's

CM/ECF system per Local Rule CV-5 on September 12, 2017.

                                             */s/ James M. Lennon*
                                             James M. Lennon

- 2 -