IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANSSEN PHARMACEUTICA, N.V., JANSSEN SCIENCES IRELAND UC, GILEAD SCIENCES, INC., and GILEAD SCIENCES IRELAND UC,<br><br>Plaintiffs,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC. and MYLAN INC.,<br><br>Defendants. | C.A. No. 15-760-RGA-SRF<br><br>**CONSENT JUDGMENT** |

This action for patent infringement having been brought by Plaintiffs Janssen Pharmaceutica NV and Janssen Sciences Ireland UC (together, "Janssen") and Gilead Sciences, Inc. and Gilead Sciences Ireland UC (together "Gilead") against Defendants Mylan Pharmaceuticals Inc. ("Mylan Pharms.") and Mylan Inc. (collectively, "Mylan") for alleged infringement of United States Patent Nos. 8,841,310 (the '310 patent), 7,125,879 (the '879 patent), 8,101,629 (the '629 patent), 8,080,551 (the '551 patent), 7,399,856 (the '856 patent), 7,563,922 (the '922 patent), 8,101,752 (the '752 patent) and 8,618,291 (the '291 patent) (collectively the **"Patents In Suit"**);

Mylan and Janssen have entered into a Settlement Agreement to settle this action (the "Janssen Settlement Agreement") and a License Agreement (the "License Agreement") under which Janssen has granted Mylan a license to the Patents In Suit (the "License"), pursuant to the terms and conditions in the Settlement Agreement and License Agreement, and Mylan and Gilead have entered into a Settlement Agreement to settle this action (the "Gilead Settlement

Agreement") (the Janssen Settlement Agreement and the Gilead Settlement Agreement collectively referred to as the "Settlement Agreements");

The parties have agreed to terminate the pending litigation by the entry of this Judgment and Order; and

The parties now consent to this Judgment and Order.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and subject matter of this action.

2. For purposes of this action only, the currently asserted claims of the Patents In Suit are valid and enforceable solely with respect to the manufacture, use, sale, offer for sale and importation in the United States of the products that are the subject of Abbreviated New Drug Application No. 208452 ("Mylan Product").

3. All affirmative defenses, claims and counterclaims, which have been or could have been raised by Janssen and Gilead, and their affiliates against Mylan and its affiliates, or by Mylan and its affiliates against Janssen and Gilead, in this action solely with respect to the Mylan Product and the Patents In Suit are hereby dismissed with prejudice.

4. For purposes of this action only, absent a license from Janssen, the manufacture, importation, use, sale, offer for sale of the Mylan Product in the United States would constitute infringement of the currently asserted claims of the '310 patent, the '879 patent, the '629 patent, the '551 patent, the '856 patent and the '922 patent.

5. Mylan and its officers, directors, employees, agents, successors, affiliates and assigns, and all persons or entities acting in concert or participation with them are hereby enjoined from manufacturing, using, offering for sale or selling in the United States, or importing

into the United States the Mylan Product until the occurrence of the Start Date under the License Agreement, or as otherwise permitted under the License Agreement.

6. Nothing in this Consent Judgment will, or shall be construed to, prohibit or otherwise restrict FDA from granting final approval at any time to Mylan Pharms.' ANDA No. 208452.

7. The parties waive all rights to appeal from this Judgment and Order.

8. This Consent Judgment, and any admissions or acknowledgments made herein, may not be relied upon, referenced or used in any way, and/or entered into evidence in any litigation or proceeding against Mylan or its Affiliates, other than in this action, Civil Action No. 15-760-RGA-SRF, or in a litigation or proceeding against Mylan or its Affiliates arising from a claimed breach of the Settlement Agreement or the License Agreement.

9. This Court shall retain jurisdiction of this action and over the parties for purposes of enforcement of the provisions of this Judgment and Order.

Each party is to bear its own costs and attorneys' fees.

|  |  |
|---|---|
| *Of Counsel:*<br><br>Gregory L. Diskant<br>Irena Royzman<br>Jordan M. Engelhardt<br>PATTERSON BELKNAP<br>  WEBB & TYLER LLP<br>1133 Avenue of the Americas<br>New York, New York 10036<br>(212) 336-2000 | ASHBY & GEDDES<br><br>*/s/ Steven J. Balick*<br>_____<br>Steven J. Balick (#2114)<br>Tiffany Geyer Lydon (#3950)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashby-geddes.com<br>tlydon@ashby-geddes.com<br>amayo@ashby-geddes.com<br><br>*Attorneys for Plaintiffs Janssen Pharmaceutica, N.V., and Janssen Sciences Ireland UC* |

|  |  |
|---|---|
| *Of Counsel:*<br><br>Colleen Tracy James<br>Manuel J. Velez<br>Scott A. McMurry<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1001<br>(212) 506-2500 | FARNAN LLP<br><br>*/s/ Michael J. Farnan*<br><br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiffs Gilead Sciences, Inc. and Gilead Sciences Ireland UC* |
| *Of Counsel:*<br><br>James H. Wallace, Jr.<br>Mark A. Pacella<br>Wesley E. Weeks<br>WILEY REIN LLP<br>1776 K Street N.W.<br>Washington DC 20006<br>Phone: (202) 719-7000 | DEVLIN LAW FIRM LLC<br><br>*/s/ James Michael Lennon*<br><br>James Michael Lennon (No. 4570)<br>Devlin Law Firm LLC<br>1306 N. Broom St., Suite 1<br>Wilmington, DE 19806<br>Phone: (302) 449-7676<br>jlennon@devlinlawfirm.com<br><br>*Attorneys for Defendants Mylan Pharmaceuticals Inc. and Mylan Inc.* |

DATED: November 9, 2017

SO ORDERED, this __9__ day of __November__, 2017.

_____
The Honorable Richard G. Andrews
United States District Judge

4